FILED'11 FEB 8 8:33USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAM VILLALOBOS,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

Civ. No. 09-6161-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I agree with Magistrate Judge Clarke that the ALJ made legal errors requiring reversal and remand for further proceedings. Accordingly, I ADOPT

1 - ORDER

the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#21) is adopted. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed and remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

DATED this  2  day of Feb~~January~~, 2010.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER