Kathryn Tassinari, OSB # 80115  
Brent Wells, OSB # 85403  
HARDER, WELLS, BARON & MANNING, P.C.  
474 Willamette Street  
Eugene, OR 97401  
(541) 686-1969  
kathrynt50@comcast.net  
Of Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ADAM VILLALOBOS, ) | |
| ) | Case No. 09-6161-CL |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR PAYMENT OF ATTORNEY |
| MICHAEL J. ASTRUE, ) | FEES PURSUANT TO EAJA |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,681.99 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* the award shall be made payable to Plaintiff's attorney if the commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program.

Dated this ___18___ day of May, 2011.

_____  
U.S. District Judge

PRESENTED BY:  
s/ Kathryn Tassinari  
Harder, Wells, Baron & Manning, P.C.  
Of Attorneys for Plaintiff